#3                                                                                                           sxb

# PRISONER CASE

United States District Court
Northern District of Illinois
**Prisoner Civil Cover Sheet**

**FILED**
MAY - 6 2019 VL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):**
JAVIER GONZALEZ-LOZA

**Defendant(s):**
UNKNOWN KANKAKEE COUNTY SHERIFF A, etc., et al

**County of Residence:**
Cook

**County of Residence:**

**Plaintiff's Address:**
Name: Javier Gonzalez-Loza

**Defendant's Attorney:**
AUSA
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, Illinois 60604

**Unit Field:**

**(Prisoner ID Field (USM# ONLY)** #22801-424

**Address:**
Metropolitan-MCC
71 West Van Buren Street
Chicago, IL 60605

1:19-cv-03046
Judge Matthew F. Kennelly
Magistrate Judge Sheila M. Finnegan
PC1

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
■ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
■ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes   ■ No

**Signature:** _[signature]_   **Date:** 5/6/2019

Rev. 02/12/2019