IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAVIER GONZALEZ-LOZA (#22801-424), | ) | |
|     PLAINTIFF, | ) | CASE NO. 19 CV 3046 |
| | ) | |
| v. | ) | |
| | ) | JUDGE MATTHEW F. KENNELLY |
| UNKNOWN KANKAKEE CTY SHERIFF A, ET AL., | ) | |
|     DEFENDANTS. | ) | |

## ORDER

The Court gives Plaintiff until June 24, 2019, to file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $400 filing fee. The Court directs the Clerk to send Plaintiff an i.f.p. application along with a copy of this order. Failure of Plaintiff to comply by the deadline may result in summary dismissal of this case.

## STATEMENT

Plaintiff Javier Gonzalez-Loza, a prisoner at the Metropolitan Correctional Center, has filed a *pro se* lawsuit under the Federal Tort Claims Act, 28 U.S.C. § 2674, *et seq.* Plaintiff sues unidentified Kankakee County Sheriff's Deputies and Deputy U.S. Marshals, for negligence, claiming they carelessly exposed him to undue risk of harm when they forced him to climb concrete stairs in shackles, resulting in injury when he stumbled over a piece of metal.

Plaintiff has failed to either pay the statutory filing fee or file an application for leave to proceed *in forma pauperis*. The Prison Litigation Reform Act requires all inmates to pay the full filing fee, even those whose cases are summarily dismissed. In all prisoner civil lawsuits, the Court must assess an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court will direct correctional officials to deduct the initial filing fee payment directly from Plaintiff's trust fund account. Thereafter, correctional authorities having custody of Plaintiff will be authorized and ordered to make monthly payments to the Court of 20% of the preceding month's income credited to the trust fund account until such time as the full filing fee is paid. *Id.*, Section 1915(b)(2).

To enable the Court to make the necessary assessment of the initial partial filing fee, Plaintiff must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Therefore, if Plaintiff wishes to proceed with this case by making installment payments instead of paying the full filing fee in advance, he must file an *in forma pauperis* application on the form required by the rules of this Court, together with a certified copy or copies of his trust fund statements reflecting all activity in his accounts in the past six months [that is, from November 6, 2018, through May 6, 2019].

Plaintiff must, by June 24, 2019, either file an *in forma pauperis* application on the enclosed form with the information required by 28 U.S.C. § 1915(a)(2) or pay the full $400 filing fee. The Clerk will furnish Plaintiff with an *in forma pauperis* application along with a copy of this order. Failure of Plaintiff to comply by the deadline will result in summary dismissal of this case, on the understanding that Plaintiff no longer wishes to pursue this matter in federal court.

Plaintiff is also advised that the Federal Tort Claims Act (FTCA) includes a requirement for the plaintiff, prior to filing suit in court, to present his claim to the federal government agency involved and await granting or denial of that claim, or six months, if there is no decision within that period. *See* 28 U.S.C. § 2675(a). The Court does not know whether Plaintiff has made an administrative claim, but if he has not, he may be well advised to do so. The Court expresses no view regarding whether the FTCA applies to claims arising from the negligence of Kankakee County officers or whether Plaintiff might be able to bring claims against the individual federal or Kankakee officers involved on other legal bases.

Date: 6/3/2019

_____
MATTHEW F. KENNELLY
United States District Judge