TRULINCS 22801424 - GONZALEZ-LOZA, JAVIER - Unit: CCC-I-A

---

FROM: 22801424
TO:
SUBJECT: Civil Complaint
DATE: 06/21/2019 07:15:06 PM

FILED
JUN 27 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAVIER GONZALEZ-LOZA

Plaintiff,

v.

Unknown Kankakee County Sheriff A, ET AL.,
DEFENDANTS.

Case No. 19 CV 3046

JUDGE MATTHEW F. KENNELLY

MOTION REQUESTING CONSIDERATION FOR APPOINTMENT OF COUNSEL

NOW COMES the Plaintiff, JAVIER GONZALEZ-LOZA, respectfully before the court. Plaintiff is asking the Court if they could appoint a counsel for this case in support plaintiff offers these particulars;

On April 29, 2019 plaintiff filed a complaint with help from an individual, today June 21,2019 plaintiff is also receiving help from a different individual to file this MOTION REQUESTING CONSIDERATION FOR APPOINTMENT OF COUNSEL. Plaintiff is a resident of Mexico and doesn't speak English plaintiff can't afford to pay an attorney if the Court could assign an attorney for this case plaintiff would really be blessed by this court. On June 17, 2019 Plaintiff received on order which gave plaintiff till June 24th to file an in forma pauperis application on the enclosed form with the information required by 28 U.S.C & 1915 (a)(2) or pay the full $400.00 filing fee. Plaintiff is providing an attachment with this motion the attachment is to provide the court with a copy of the money order which was "cashed" by the clerks office on May 21, 2019 the filing fee was payed in full since May 21,2019.

WHEREFORE plaintiff seek's to notified the court of the full payment and ask's if this Honorable Court may grant plaintiff's MOTION CONSIDERING APPOINTMENT OF COUNSEL. Also for going reasons Plaintiff thanks the court for this review.

Respectfully Submitted,

Date: 6/21/2019    x Javier Gonzalez Loza

JAVIER GONZALEZ-LOZA
71 West Van Buren Street
Chicago, Illinois 60605

```
                    YOUR CURRENCY                CHECKS CASHED
                    EXCHANGE                     GAS, LIGHT, PHONE & WATER
                                                 BILLS ACCEPTED FOR PAYMENT      COMMUNITY           70-2625
                                                 NOTARY PUBLIC                   SERVICE CENTER      719
                    4021 W. 63RD STREET - CHICAGO, ILLINOIS 60629                                    
                        PHONE: 773-767-7636                      MB FINANCIAL BANK, NA
                    TO VERIFY CALL 773-274-2601                  CHICAGO, ILLINOIS                 No. P   265011

                    REMITTER                                                                       05/13/2019
63RD & PULASKI      PAY TO THE       Clerk of ...
CURRENCY            ORDER OF
EXCHANGE                             Four Hundred Only
INC.                                 Not Valid Over $400.00  $2.00                                  $400.00

STATE               NOT VALID OVER $ 2500.00
REGULATED           REPLACEMENT OF THIS INSTRUMENT, IF NECESSARY, WILL BEGIN 45 DAYS AFTER
                    THE PURCHASE DATE. THERE WILL BE A FEE CHARGED FOR THIS SERVICE.
                    THE PURCHASER OF THIS INSTRUMENT AGREES TO INSERT THE NAME OF THE
                    PAYEE AND ASSUMES TOTAL RESPONSIBILITY FOR ANY EVENTS MADE POSSIBLE
                    BY FAILURE TO DO SO.
```

This is the copy of my receipt for my lawsuit. I believe it was already received at your office. My wife had called in May 25th to the clerk of the U.S. District Court and was told it was received and have deposited in their account on May 21.

Javier Gonzalez-Loza
22801-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

2019 JUN 27  AM 8:37

Legal Mail

Clerk's Office
219 South Dearborn Street
Chicago, Illinois 60604



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

06-24-2019



06/27/2019-8