# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAVIER GONZALEZ-LOZA (#22801-424), | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 19 C 3046 |
| | ) | |
| V. | ) | |
| | ) | JUDGE MATTHEW F. KENNELLY |
| UNKNOWN KANKAKEE CTY SHERIFF A, ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER

Plaintiff having shown that he is indigent, his application to proceed *in forma pauperis* [10] is granted. The Court notes that Plaintiff already paid the full statutory filing fee. However, Plaintiff's renewed motion for attorney representation [11] is denied. Plaintiff offers no basis whatsoever for the Court to reconsider its recent denial of his first motion for attorney assistance. *See* Order of August 22, 2019 [R. 8].

Date: 11/12/2019

_____
MATTHEW F. KENNELLY
United States District Judge