UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

JAVIER GONZALEZ-LOZA )
)
      Plaintiff, )
)
  v. ) No. 19-cv-3046
)
) Judge Kennelly
UNITED STATES OF AMERICA and )
KANKAKEE COUNTY SHERIFF MIKE )
DOWNEY et. al. )

### NOTICE OF FILING

PLEASE TAKE NOTICE that on May 13, 2020 I caused to be e-filed the parties JOINT INITIAL STATUS REPORT on this honorable court.

                                        By:s/ Joshua N Karmel
                                        Court Appointed Attorney for the Plaintiff

Joshua N. Karmel
The Law Offices of Joshua N Karmel
3000 Dundee Rd., Ste 311
Northbrook, Illinois 60062
Jklaw1226@gmail.com

## SERVICE LIST

Sarah North
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
Sarah.north@usdoj.gov


Tony S. Fioretto, Associate
Hervas,Condon &Bersani, P.C
333 Pierce Rd., Suite 195
Itasca, Illinois 60143
(630) 773-4774
hcbattorneys.com


Michael W. Condon
Hervas,Condon &Bersani, P.C
333 Pierce Rd., Suite 195
Itasca, Illinois 60143
(630) 773-4774
mcondon@hcbattorneys.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

JAVIER GONZALEZ-LOZA )
)
Plaintiff, )
)
) No. 19-cv-3046
v. )
) Judge Kennelly
)
UNITED STATES OF AMERICA and )
KANKAKEE COUNTY SHERIFF MIKE )
DOWNEY et. al., )

        Defendants.

## JOINT INTIALSTATUS REPORT

Pursuant to a Court order dated April 12, 2020 , the parties by and through their respective attorneys have submitted the following joint status report as follows:

### The Nature of the Case

1. **Identify the attorneys of record for each party including the lead trial attorney**

    a. **Attorneys for Plaintiff**

    Joshua N Karmel

    b. **Attorneys for Defendant**

    Sarah North

    Michael William Condon

    Tony Fioretti

2. **State the basis for federal jurisdiction**

    Federal Tort Claims Act

3. **Describe the nature of the claims asserted in the complaint and any counter claims**

4. **State the major legal and factual issues anticipated in the case**

   The major issues in this case is whether the Plaintiff was injured due to the claimed negligence of the Defendants while he was being transported in Defendants' custody.

5. **Describe the relief sought by the Plaintiff**

   Plaintiff seeks monetary damages for the injuries.

## Mandatory Initial Discovery Program

1. **Familiarity with the Mandatory Initial Discovery Standing Order**

   Parties are familiar with the Mandatory Initial Discovery Program

2. **Confirm Compliance with mandatory initial discovery responses**

   The parties will comply with the mandatory initial discovery responses upon the Court order.

3. **Describe any disputes concerning the mandatory initial discovery responses**

   u/k

## Pending Motions and Case Plan

1. **Identify Pending Motions**

   The Defendants have filed Motions to Dismiss for failure to exhaust the remedies under the Federal Tort Claim Act.

2. **Submit a proposal for a discovery plan**

   The Parties will conduct discovery regarding documents, communications, electronically stored information, and tangible things relevant to the Plaintiff's claim and the names, and if known, the addresses and telephones numbers of all persons likely to have discoverable information relevant to Plaintiff's claim if and when the time comes.

## Questions Specific to the Court Order of April 12, 2020

1. **Whether Plaintiff's attorney has been able to communicate with Plaintiff.**

   The Court appointed attorney Joshua N Karmel sent a certified letter dated May 7, 2020 introducing himself and explaining the current state of the case including the pending motions to dismiss. Attorney Karmel is not fluent in Spanish despite the courts understanding to the contrary. The document indicating that Attorney Karmel is fluent in Spanish was due to one of his former associates that was fluent and conversant. Since then the associate left. Despite the language barrier, Attorney Karmel sent a letter that he had translated though Google Translate and has asked that the Plaintiff communicate via letter if possible.

2. **Whether Plaintiff has made any effort to exhaust his remedies under the Federal Tort Claims Act.**

   No. But that was explained in the May 7th letter.

3. **Whether there are additional matters that any party may present to the Court.**

   As Plaintiff's court appointed attorney, this case has many potential obstacles that I may not be able to overcome. The first, is my inability to comprehend or be conversant in Spanish. The second challenge is the Plaintiff incarceration in Oklahoma. This adds another layer of difficulty to my effectiveness in

representing the Plaintiff. Due to the costs and the obvious safety concerns from COVID-19, I do not foresee meeting the plaintiff anytime soon. Despite the apparent difficulties, I will do what I can to meet my legal duties to represent the Plaintiff.

Respectfully Submitted,

/s/ Joshua N. Karmel
Court Appointed Attorney for the Plaintiff

Joshua N. Karmel
The Law Offices of Joshua N Karmel
3000 Dundee Rd., Ste 311
Northbrook, Illinois 60062
Jklaw1226@gmail.com