UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAVIER GONZALEZ-LOZA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-3046 |
| ) | |
| vs. ) | |
| ) | Judge Matthew F. Kennelly |
| KANKAKEE COUNTY SHERIFF ) | |
| MIKE DOWNEY, ROBERT BERTUCCI, ) | JURY TRIAL DEMANDED |
| ERIC SENESAC, AND UNKNOWN AGENTS ) | |
| OF JEROME COMBS DETENTION CENTER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' AGREED MOTION FOR A
HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COME Defendants KANKAKEE COUNTY SHERIFF MICHAEL DOWNEY, ROBERT BERTUCCI, ERIC SENESAC, and UNKNOWN AGENTS OF THE JEROME COMBS DETENTION CENTER, by and through their attorneys, MICHAEL W. CONDON and TONY S. FIORETTI of HERVAS, CONDON & BERSANI, P.C., and pursuant to the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d and 45 C.F.R. §§ 160 and 165 ("HIPAA"), request that this Honorable Court enter a Qualified Protective Order. In support of this motion, Defendants state the following:

1. Plaintiff JAVIER GONZALEZ-LOZA ("Plaintiff") filed a suit under 42 U.S.C. § 1983 against Defendants, alleging that Plaintiff's rights were violated as a result of a trip-and-fall at the Dirksen Federal Courthouse and his resulting medical treatment received at the Jerome Combs Detention Center in Kankakee and elsewhere.

2. In light of the allegations in the complaint, Plaintiff has placed his medical and mental health at issue. Defendants desire, therefore, to conduct relevant discovery relating to

Plaintiff's physical and mental health, including the issuance of subpoenas to treating physicians, the United States Marshals, the Bureau of Prisons, the General Services Administration, Great Plains Correctional Institution, hospitals, and healthcare providers.

3. The treating physicians, hospitals and other health care providers disclosed in this case are all "covered entities" as defined by 45 C.F.R. § 160.103. HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorized or qualified protective order. See 45 C.F.R. § 164.512(e).

4. The covered entities are in possession of "protected health information" as defined by 45 C.F.R. §§ 160.103 and 164.501, in the form of medical and mental health records (imaging, test results, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff.

5. The prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the protected health information pertaining to Plaintiff.

6. A copy of the proposed HIPAA Qualified Protective Order has been submitted contemporaneously with this motion to this Court's proposed order inbox at Proposed_Order_Kennelly@ilnd.uscourts.gov.

7. Defendants further request that this Court order Plaintiff's representative to sign any medical or mental health authorization release form that may be required of any covered entity that possesses PHI, including the U.S. Marshals, General Services Administration, or the Bureau of Prisons or other affiliated entities.

8. The undersigned has conferred with Plaintiff's attorney, and Plaintiff's attorney has no objection to this motion.

WHEREFORE, Defendants, KANKAKEE COUNTY SHERIFF MICHAEL DOWNEY, ROBERT BERTUCCI, ERIC SENESAC, and UNKNOWN AGENTS OF THE JEROME COMBS DETENTION CENTER, respectfully request that this Honorable Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity that has provided medical and mental health care to Plaintiff for any purpose connected with the pending litigation and directing Plaintiff's representative to sign any required medical health authorization release form.

/s/ **Tony S. Fioretti**
TONY S. FIORETTI, ARDC No. 06308997
MICHAEL W. CONDON, ARDC No. 06192071
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com
tfioretti@hcbattorneys.com

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAVIER GONZALEZ-LOZA, | ) |
| | ) |
| Plaintiff, | ) Case No. 19-cv-3046 |
| | ) |
| vs. | ) |
| | ) Judge Matthew F. Kennelly |
| KANKAKEE COUNTY SHERIFF | ) |
| MIKE DOWNEY, ROBERT BERTUCCI, | ) JURY TRIAL DEMANDED |
| ERIC SENESAC, AND UNKNOWN AGENTS | ) |
| OF JEROME COMBS DETENTION CENTER, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 14, 2020**, I electronically filed the foregoing *Defendants' Agreed Motion for a HIPAA Qualified Protective Order* with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification to the following CM/ECF participants:

Elaine K.B. Siegel
53 W. Jackson Blvd., Suite 857
Chicago, IL 60604
(312) 583-9970
ekbsiegel@aol.com

                                              s/Tony S. Fioretti
                                              MICHAEL W. CONDON, ARDC No. 06192071
                                              TONY S. FIORETTI, ARDC No. 06308997
                                              *Attorneys for Defendants*
                                              HERVAS, CONDON & BERSANI, P.C.
                                              333 Pierce Road, Suite 195
                                              Itasca, IL 60143-3156
                                              630-773-4774
                                              mcondon@hcbattorneys.com
                                              tfioretti@hcbattorneys.com