# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAVIER GONZALEZ-LOZA, ) | |
| ) | |
|     Plaintiff, ) | Case No. 19-cv-3046 |
| ) | |
| vs. ) | |
| ) | Judge Matthew F. Kennelly |
| KANKAKEE COUNTY SHERIFF ) | |
| MIKE DOWNEY, ROBERT BERTUCCI, ) | |
| ERIC SENESAC, AND UNKNOWN AGENTS ) | |
| OF JEROME COMBS DETENTION CENTER, ) | |
| ) | |
|     Defendants. ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

THIS MATTER COMING ON TO BE HEARD on the Motion of Defendants, SHERIFF MIKE DOWNEY, ROBERT BERTUCCI, and ERIC SENESAC, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The current parties, their attorneys, and future parties and their attorneys are hereby authorized to receive, subpoena, and transmit protected health information pertaining to Plaintiff, JAVIER GONZALEZ-LOZA, to the extent and subject to the conditions outlined herein.

2. For the purposes of this Qualified Protective Order, "protected health information" or "PHI" shall have the same definition as set forth in 45 CFR 164.501, which includes, but is not limited to, health information, including demographic information, relating to either: (a) the past, present, or future physical and mental condition of an individual, (b) the provision of medical and psychiatric or mental health care to an individual, or (c) the payment for care provided to an individual which identifies the individual or which reasonably could be expected to identify the individual.

3. All "covered entities" (as defined by 45 CFR 164.103) are hereby authorized to disclose PHI pertaining to Plaintiff, JAVIER GONZALEZ-LOZA, to all attorneys now of record in this matter or who may become of record in the future in this litigation.

4. The parties and their attorneys shall be permitted to use the PHI of Plaintiff, JAVIER GONZALEZ-LOZA, in any manner which is reasonably connected with the above-captioned litigation. This includes, but is not limited to, disclosure to the parties, their attorneys of record, the attorneys' firms (attorneys, support staff, and agents), the parties' insurers, experts,

consultants, court personnel, court reporters, copy services, trial consultants, jurors, venire members, and any other entity involved in this litigation.

     5.    At the conclusion of the litigation, any person or entity in possession of PHI received pursuant to paragraph 4 of this Order shall destroy any and all copies of PHI in their possession.

     6.    This Order shall not control or limit the use of PHI pertaining to Plaintiff, JAVIER GONZALEZ-LOZA, which any party or any party's attorney receives from a source other than a covered entity.

     7.    Nothing in this Order authorizes Defendants' counsel to obtain medical records or information through a means other than formal discovery requests, subpoena depositions, via patient authorizations, or through attorney-client communications. Similarly, nothing in this Order relieves any party from complying with the requirements of the AIDS Confidentiality Act, 410 ILCS 305/1, et seq. 42 USC 290dd–3 and 290ee–3 and 42 CFR Part 2.

     8.    Plaintiff's representative is hereby ordered to sign any medical or mental health authorization release form that may be required of any covered entity that possesses PHI.

     IT IS SO ORDERED THIS 15th DAY OF December, 2020.

     Entered:

     _____
     Judge Matthew F. Kennelly