UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JAVIER GONZALEZ-LOZA, ) | |
| ) | |
| Plaintiff, ) | Case No. No. 19 C 3046 |
| ) | |
| v. ) | Hon. Judge Matthew Kennelly |
| ) | |
| ) | |
| COUNTY OF KANKAKEE, ) | |
| KANKAKEE COUNTY SHERIFF ) | |
| MIKE DOWNEY, ROBERT ) | |
| BERTUCCI, ERIC SENESAC, ) | |
| DR. JEFFREY LONG, AND ) | |
| UNKNOWN AGENTS OF JEROME ) | |
| COMBS DETENTION CENTER, ) | |
| ) | |
| Defendants ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute order of February 23, 2021, Plaintiff, Javier Gonzalez-Loza, by his attorneys Elaine K.B. Siegel & Assoc., P.C., and Defendants County of Kankakee, *et al.,* by their attorneys Tony S. Fioretti and Michael W. Condon, of Hervas, Condon, and Bersani, P.C. submit this joint status report regarding discovery.

1. This Court entered a minute order on December 23, 2020 requiring third party subpoenas to be issued by January 20, 2021; a deadline for amendment of pleadings by April 30, 2021; and a fact discovery closure date by October 29, 2021.

2. The parties have exchanged initial Rule 26 Disclosures and Defendants have supplemented their initial disclosures based on the subpoena returns propounded to Plaintiff.

3. Defendants have previously propounded written discovery upon Plaintiff in November 2020. Plaintiff has propounded discovery on Defendant Downey, which has been answered.

4. The parties have each issued third party subpoenas. Defendants have received responses from the US Marshals, the GSA, and the Metropolitan Correctional Center, Chicago and produced those responses to Plaintiff. Plaintiff has outstanding responses from third-party providers of medical services to Plaintiff, including Corridor Mobile Medical Services, Express Mobile Diagnostic Services, Flex Telerad, and StatRad.

5. Based on representations regarding the difficulty by Plaintiff's counsel of obtaining responses to written discovery, Defendants have agreed to multiple extensions of time to

respond, and have not yet filed a motion to compel. The parties propose that Plaintiff respond to outstanding written discovery by May 12, 2021.

6. Once written discovery has been answered by Plaintiff, Defendants intend to notice up Plaintiff's deposition at his place of incarceration. Plaintiff's deposition shall proceed by July 16, 2021.

7. The parties propose that Plaintiff respond to outstanding written discovery by May 12, 2021 and Plaintiff's deposition proceed by July 16, 2021. The parties propose that the depositions of the Kankakee Defendants be completed 60 days thereafter.

8. Plaintiff contemplates amending the complaint and adding the U.S. Marshals as an additional party, but must first bring an action against the Marshals and move for leave to consolidate. Plaintiff seeks an additional forty-five (45) days to do so, *i.e.,* until June 15, 2021.

DATED: April 16, 2021

                              Respectfully submitted,

                              By: /s/ *Elaine K.B. Siegel*
                              Elaine K.B. Siegel (6183905)
                              Elaine K.B. Siegel & Assoc., P.C.
                              Attorneys for Plaintiff
                              P.O. Box 6486
                              Evanston, IL 60204
                              (312) 339-8088
                              ekbsiegel@aol.com

                              **S/Tony S. Fioretti**
                              Tony S. Fioretti, ARDC No. 06308997
                              *Attorney for Defendants*
                              Hervas, Condon & Bersani, P.C.
                              333 Pierce Road
                              Suite 195
                              Itasca, IL 60143-3156
                              (630) 773-4774
                              Email: tfioretti@hcbattorneys.com

## **CERTIFICATE OF SERVICE**

I, Elaine K.B. Siegel, an attorney, do hereby certify that I caused the attached **JOINT STATUS REPORT** be filed with the Clerk of the Court on April 15, 2021 using the CM/ECF system which sends notification of such filing to counsel of record.

/s/ *Elaine K.B. Siegel*