# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:   Case Number:   19-cv-3046

JAVIER GONZALEZ-LOZA, Plaintiff   vs.

KANKAKEE COUNTY SHERIFF MIKE DOWNEY, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAEL DOWNEY, ROBERT BARTUCCI, ERIC SENESAC, JEFFERY LONG

| | |
|---|---|
| NAME (Type or print) | |
| G. DAVID MATHUES | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| S/G. DAVID MATHUES | |
| FIRM | |
| HERVAS, CONDON & BERSANI, P.C. | |
| STREET ADDRESS: | |
| 333 PIERCE ROAD #195 | |
| CITY/STATE/ZIP | |
| ITASCA, ILLINOIS  60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6293314 | 630-773-4774 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JAVIER GONZALEZ-LOZA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KANKAKEE COUNTY SHERIFF )<br>MIKE DOWNEY, ROBERT BARTUCCI, )<br>ERIC SENESAC, AND UNKNOWN AGENTS )<br>OF JEROME COMBS DETENTION CENTER, )<br>)<br>    Defendants. ) | Case No. 19-cv-3046<br><br>Judge Matthew F. Kennelly |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 27, 2021**, I electronically filed the foregoing ***Appearance of G. David Mathues*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification to the following CM/ECF participants:

Elaine K.B. Siegel
Elaine K.B. Siegel & Assoc., P.C.
P.O. Box 6486
Evanston, IL 60204
ekbsiegel@aol.com

                                        s/Michael W. Condon
                                        MICHAEL W. CONDON, ARDC No. 06192071
                                        G. DAVID MATHUES, ARDC No. 6293314
                                        *Attorneys for Defendants*
                                        HERVAS, CONDON & BERSANI, P.C.
                                        333 Pierce Road, Suite 195
                                        Itasca, IL 60143-3156
                                        630-773-4774
                                        mcondon@hcbattorneys.com
                                        dmathues@hcbattorneys.com