IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAVER GONZALEZ-LOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTY OF KANKAKEE ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No. 19-cv-3046<br><br><br>Consolidated with |
| JAVER GONZALEZ-LOZA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendants. ) | Case No. 21-cv-3607<br><br>**Hon. Matthew Kennelly** |

## JOINT STATUS REPORT

The parties who have appeared in these consolidated actions (the plaintiff, the United States in the 19 C 3046 action ("Case I"), and the Kankakee Defendants), through counsel, submit the following joint status report, pursuant to the July 26 Minute Order.

### I.  Discovery Conducted to Date.

Plaintiff's counsel and counsel for the Kankakee Defendants have exchanged written discovery. Both sides are following up on locating additional medical records. Counsel believe these loose ends will tied up without need for intervention from the Court.

No depositions have yet been taken. This is in part due continuing efforts to locate medical records, and in part due to delays associated with Plaintiff's counsel going through the procedural hoops needed to bring the federal defendants into the case.

### II.  Remaining Fact Discovery and Request for Extension.

The fourth amended complaint in Case I added as defendants two individual federal officers, sued in their individual capacities, as well as the United States, which had been voluntarily dropped

from the case previously, prior to any discovery taking place.[1] Counsel for the United States in Case I reports that Department of Justice representation is expected for the individual federal defendants, and that should soon be formalized with filed designations of counsel. The second case, captioned 21 C 3607 (Case II), asserts claims only against the United States, and the United States has not been served in that action. Therefore, counsel for the parties who are submitting this status report note that, in addition to the remaining discovery left as between the plaintiff and the Kankakee Defendants, the other parties (who are not represented here) will be at the beginning of the discovery, after they have responded to the respective complaints.

Accordingly, the parties to this status report submit the following discovery plan for the consolidated cases and request an extension of the current discovery schedule by approximately six months. This is in order to ensure that the incoming federal defendants will have time to respond to the complaint and participate fully in written discovery before depositions begin. (As this Honorable Court stated at the last status hearing, the claims against the two sets of defendants should proceed together and no one should be deposed twice.) The proposed schedule also anticipates logistical challenges from closures and travel issues over the fall and winter, due to the resurgence of the Delta variant of COVID-19 and Plaintiff's relocation to South Carolina.

- **October 29, 2021 –** Deadline to issue initial written discovery requests
- **April 29, 2022** – Close of fact discovery
- **June 3, 2022** – Plaintiff's expert disclosures due
- **July 1, 2022** – Plaintiff's expert(s) to be deposed
- **August 1, 2022** – Defendants' expert disclosures due
- **September 2, 2022** – Defendants' expert(s) to be deposed
- **November 2, 2022** – Dispositive motions due

---

[1] The United States moved to dismiss the original complaint in Case I because plaintiff had not exhausted administrative remedies before filing that action. Plaintiff subsequently filed a second amended complaint that did not assert claims against the United States. Discovery did not begin in this action until after the filing of the second amended complaint. The plaintiff later amended his pleadings twice more. After the fourth amended complaint added the United States and was served upon the United States, the United States again moved to dismiss the claims against it, based on plaintiff's failure to exhaust administrative remedies before filing the action. The court has not formally ruled on that motion.

Respectfully Submitted,

*Attorney for Plaintiff*

/s Elaine K.B. Siegel
Elaine K.B. Siegel (6183905)
Elaine K.B. Siegel & Assoc., P.C.
P.O. Box 6486
Evanston, IL 60204
(312) 339-8088
ekbsiegel@aol.com

Respectfully submitted,

*Attorneys for Kankakee Defendants*

s/G. David Mathues
Michael D. Bersani, ARDC No. 06200897
G. David Mathues, ARDC No. 06293314
Hervas, Condon & Bersani, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Ph. 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com

*Attorney for United States in Case I*

Respectfully submitted,
JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Sarah J. North
SARAH J. NORTH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
sarah.north@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAVER GONZALEZ-LOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 19-cv-3046 |
| COUNTY OF KANKAKEE ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Consolidated with |
| | ) | |
| JAVER GONZALEZ-LOZA, | ) | |
| | ) | Case No. 21-cv-3607 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Hon. Matthew Kennelly** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on **August 2, 2021** I electronically filed the foregoing **Joint Status Report** with the Clerk of the District Court or the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification to the following CM/ECF participants:

*Attorney for Plaintiff*

/s Elaine K.B. Siegel
Elaine K.B. Siegel (6183905)
Elaine K.B. Siegel & Assoc., P.C.
P.O. Box 6486
Evanston, IL 60204
(312) 339-8088
ekbsiegel@aol.com

4

TO: Elaine K.B. Siegel
Elaine K.B. Siegel &
Assoc., P.C.
P.O. Box 6486
Evanston, IL 60204
(312) 339-8088
ekbsiegel@aol.com

s/Sarah J. North
Assistant United States Attorney
Northern District of Illinois
Sarah.North@usdoj.gov

s/G. David Mathues
Michael D. Bersani
G. David Mathues
*Attorneys for Defendants*
Hervas, Condon & Bersani, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
mbersani@hcbattorneys.com
dmathues@hcbattorneys.com