UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAVIER GONZALEZ-LOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 C 3046 |
| v. | ) | |
| | ) | Judge Kennelly |
| COUNTY OF KANKAKEE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## INDIVIDUAL FEDERAL DEFENDANTS' MOTION TO DISMISS

Lorne K. Stenson and Marlon Burton, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move to dismiss with prejudice the claims against them in the fourth amended complaint, pursuant to Fed. R. Civ. P. 12(b)(6). A supporting memorandum accompanies this motion.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Sarah J. North
_____
SARAH J. NORTH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
sarah.north@usdoj.gov